**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**CHANTEL RAY FINCH,**

**Plaintiff,**

**Civil No. 2:18CV284**

**v.**

**WEIGH DOWN WORKSHOP MINISTRIES, INC.,**

**GWEN SHAMBLIN,**

**and**

**“WEIGH DOWN MINISTRIES”**

**Defendants.**

**DECLARATION OF CHANTEL RAY FINCH**

I, Chantel Ray Finch, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am over 18 years of age, have personal knowledge of the matters stated herein, and am legally competent to testify on those matters.
2. I am a resident of Virginia Beach, Virginia and have a headquarters located at 1833 Republic Road, Ste. 103, Virginia Beach, Virginia 23454, where I run my real estate business, Chantel Ray Real Estate, Inc. and conduct other business-related activities other than real estate.
3. In 2017, I wrote and published a book about weight loss entitled, “Waist Away the Chantel Ray Way” (“Waist Away”).
4. In my book, I synthesized my personal struggle with weight loss and described how I interviewed over 1,000 “thin women” to learn their secrets.

5. In Waist Away, I wrote generally about techniques for weight loss and provided a lifestyle guide to better health.
6. I wrote the majority of Waist Away and researched the majority of information for Waist Away in Virginia Beach and the surrounding areas, including at my home and at my business headquarters.
7. I conducted interviews with real people in Virginia Beach, including former Miss Virginia, Catherine Muldoon, to derive the content for Waist Away.
8. In February 2018, after I published Waist Away, I discovered the Defendants' online class on a similar topic as my book.
9. I decided to take the class from my business headquarters in Virginia Beach, however I was unable to log onto the class after paying and was provided a full refund from Defendants.
10. After receiving a demand letter from Defendants' attorney, falsely accusing me of copying their work, I filed this lawsuit as a preemptive way to seek resolution.
11. When I bring this matter to trial, I intend to call witnesses from my interviews to testify, nearly all of whom are located in or around Virginia Beach, Virginia.
12. The manuscripts and published physical copies of Waist Away are located in Virginia Beach.
13. I self-publish and distribute Waist Away out of Virginia Beach.
14. I primarily advertise Waist Away to my friends, colleagues and business clients in Hampton Roads.
15. When Waist Away was released, we held the release party in Virginia Beach.
16. I manage the Waist Away website and all related social media accounts from my home in

Virginia Beach.

17. When someone asks me for a copy of the book that is not local, someone in my Virginia Beach office mails them a copy.
18. I do not have any business operations located in the state of Tennessee.
19. Travel to Tennessee would be very inconvenient for me because I have school-aged children in Virginia Beach and am the primary manager of a large real estate business in Virginia Beach.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

______________________________

Chantel Ray Finch

Date: July 6, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2018, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant:

Thomas Ryan Lynch (VSB # 73158)
BRADLEYA RANT BOULT CUMMINGS, LLP
1615 L Street, N.W., Suite 1350
Washington, DC 20036
Tel: (202) 719-8 228
Fax: (202) 719-8328
Email: tlynch@bradley.com
*Counsel for Gwen Shamblin and Remnant Fellowship Church*

/s/ Christopher D. Davis
Christopher D. Davis, Esq.